

5800 Soundview Drive, Unit C-101, Gig Harbor, WA 98335

(253) 509-0625 | (253) 509-0765 FAX
info@gigharborlaw.net | www.gigharborlaw.net

March 13, 2017

**REQUEST TO APPEAR TELEPHONICALLY**

Judge Timothy W. Dore
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271
Chambers: Room 8131
Courtroom: 8106

    RE:    Chapter 13 Confirmation Hearing Continued
              Chapter 13 Case No. 16-15552-TWD
              Hearing Date: March 15, 2017
              Hearing Time: 9:30 a.m.
              Hearing Place: Seattle, WA
              Our File No. 13803.JS

Dear Judge Dore,

This letter shall serve as my written request to attend the above described hearing telephonically, on behalf of Capital One, N.A.. Gig Harbor Law is located in Gig Harbor, which makes attending a Seattle hearing difficult. This is also the only matter I must appear for on Wednesday's 9:30 a.m. calendar.

For the foregoing reasons, I respectfully request the Court's approve to attend the above hearing telephonically.

If you have questions, you can contact me by phone 206-509-0625 or directly by email jessica@gigharborlaw.net.

                                                                       Sincerely,

                                                                       */s/ Jessica Bandlow*

                                                                       **Jessica Bandlow, WSBA #46026**
                                                                       Local Attorney for Capital One, N.A.