INSLEE, BEST, DOEZIE & RYDER, P.S.
10900 NE 4th Street, Suite 1500
P.O. Box 90016
Bellevue, WA 98009-9016
(425) 455-1234

JUDGE: The Honorable Timothy Dore
DATE: June 23, 2017
TIME: 9:30 a.m.
CHAPTER: 13
RESPONSE DATE: June 16, 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re the Matter of:

GITA ANSARI,

Debtor.

NO. 16-15552-TWD

MOTION CONFIRMING THERE IS NO STAY IN EFFECT AS TO DEBTOR

## I. RELIEF REQUESTED

Amir Nassiri, an unlisted creditor of the debtor herein, moves the court for an order confirming there is no stay in effect as to the Debtor based on the following:

1. Previous Filing – 11 U.S.C. Sec. 362(c)(3)(A). The Debtor previously filed for bankruptcy protection on May 29, 2015, under case number 15-13369-TWD, and it was dismissed on May 19, 2016.

## II. BASIS FOR RELIEF

On December 13, 2016, the Court entered an Order Denying Stay Extension and held that "[t]he automatic stay imposed under 11 U.S.C. § 362(a) remains in effect over all property of the estate. In re Rinard, 451 B.R. 12 (Bankr. C.D. Cal. 2011)." The debtor is a third-party defendant in a King County, Washington Superior Court lawsuit (Case No. 16-2-01257-4). Mr. Nassiri seeks confirmation that he may continue to pursue his claims against the debtor.

MOTION CONFIRMING THERE IS NO STAY IN EFFECT AS TO DEBTOR - Page 1

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
10900 NE 4th Street, Suite 1500
P.O. Box 90016

Case 16-15552-TWD  Doc 59  Filed 05/31/17  Ent. 05/31/17 16:11:30  Pg. 1 of 2

### III. CONCLUSION

For the reasons set forth above this motion should be granted.

DATED this 31st day of May, 2017.

INSLEE, BEST, DOEZIE & RYDER, P.S.

By /s/ *Christopher W. Pirnke*
　　Mark S. Leen, W.S.B.A. #35934
　　Christopher W. Pirnke, W.S.B.A. #44378
　　Attorneys for unlisted creditor Nassiri
　　10900 NE 4th Street, Suite 1500
　　Bellevue, Washington 98004
　　Tel: (425) 455-1234
　　Fax: (425) 635-7750
　　Email: mleen@insleebest.com
　　Email: cpirnke@insleebest.com

MOTION CONFIRMING THERE IS NO STAY IN EFFECT AS TO DEBTOR - Page 2

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
10900 NE 4th Street, Suite 1500

Case 16-15552-TWD    Doc 59    Filed 05/31/17    Ent. 05/31/17 16:11:30    Pg. 2 of 2